```
             FILED        ___
             ENTERED      ___
                     COUNSEL/...

              AUG 2 5 2011

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
        BY:_____DE...
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:10-CR-557-LDG-RJJ |
| ) | |
| SERGIO ARELLANO, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 25, 2011, defendant SERGIO ARELLANO, JR., pled guilty to Count One of a One-Count Superceding Criminal Information charging him in Count One with Conspiracy to Distribute a Controlled Substance - Cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C). Docket #21, #92, #__.

This Court finds defendant SERGIO ARELLANO, JR., agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Superceding Criminal Information and agreed to in the Plea Memorandum. #21, #92, #__, #__.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superceding Criminal Information and the Plea Memorandum and the offenses to which defendant SERGIO ARELLANO, JR., pled guilty.

1       The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c):

      a) One Remington Model 870 Marine Magnum shotgun, serial number AB537083M;

      b) any and all ammunition; and

      c) $15,780.00 in United States Currency.

      This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of SERGIO ARELLANO, JR., in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, or the *Las Vegas Review Journal/Sun*, a newspaper of general circulation, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney
> Nevada State Bar No. 1925
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 25 day of Aug, 2011.

_____
UNITED STATES DISTRICT JUDGE