FILED _____   _____ RECEIVED
ENTERED _____   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                     )
                                              )
                Plaintiff,                    )
                                              )
        v.                                    )          2:10-CR-557-LDG (RJJ)
                                              )
SERGIO ARELLANO, JR.,                         )
                                              )
                Defendant.                    )
_____             )

### FINAL ORDER OF FORFEITURE AS TO
### DEFENDANT SERGIO ARELLANO, JR.

On August 29, 2011, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Sections 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Sections 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant SERGIO ARELLANO, to the United States of America. Docket #101.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#101) is final as to defendant SERGIO ARELLANO, JR.

DATED this ___19___ day of ___JANUARY___, 2012.

_____
UNITED STATES DISTRICT JUDGE